UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ON-NET SURVEILLANCE SYSTEMS,
                   Plaintiff(s),

    -against-

HAWK TECHNOLOGY SYSTEMS,
                   Defendant(s).
------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

15 civ 6653 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, November 2, 2015,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

**Don Fletcher**
**Courtroom Case Manager**

Dated: New York, New York
        September 23, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2015
```