## JACQUELINE M. JAMES, ESQ.

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains,  NY 10601

T: (914) 358 6423
F: (914) 358 6424
jjameslaw@optonline.net
jacquelinejameslaw.com

October 31, 2015

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

**Re:** *15-cv-6653(JGK) Request for Telephonic Appearance to the Pretrial Conference Scheduled for Monday, November 2, 2015at 4:30 pm.*

Dear Judge Koeltl:

I represent Defendant, Hawk Technology Systems, LLC, ("Hawk") in this matter.  I will be personally appearing for Hawk at the pretrial conference to be held Monday, November 2, 2015 at 4:30 pm.  My co-counsel, Angela M. Lipscomb, is located in Miami, Florida and cannot appear in person at the conference. I am writing to respectfully request authorization, on Mrs. Lipscomb's behalf, for her to appear with me by telephone at the conference. Mrs. Lipscomb has been handling correspondence with counsel for the Plaintiff and I believe it would benefit the Court and the parties for her to be involved in the hearing.

Thank you in advance for your consideration.

Respectfully Submitted,

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

SO ORDERED

Dated: _____          _____
        New York, New York          JOHN J. KOELTL
                                   United States District Court