UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ON-NET SURVEILLANCE SYSTEMS, INC.,

        Plaintiff,

- against -

HAWK TECHNOLOGY SYSTEMS, LLC,

        Defendant.

---

15 CV 6653 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The moving party is directed to provide the Court with courtesy copies of the papers filed in connection with the motion to dismiss. The docket numbers are Dkt. Nos. 21, 26, 29, and 33.

SO ORDERED.

Dated:    New York, New York
          March 1, 2016

                              John G. Koeltl
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/2/16