USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-29-16

# STROOCK

*Time to restore the*
*Case to the calendar*
*extended to August 10, 2016.*
*So ordered.*
*[signature] 6/28/16*
*U.S.D.J.*
*7/28/16.*

July 27, 2016

via ECF

Jeffrey Mann
Direct Dial 212-806-5763
jmann@stroock.com

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, New York 10007-1312

Re: On-Net Surveillance Systems, Inc. v. Hawk Technology Systems, LLC
    Civil Action No. 1:15-cv-6653(JGK)(SN)

Dear Judge Koeltl:

We write on behalf of Plaintiff On-Net Surveillance Systems, Inc. ("OnSSI"). Your Honor's Order of Discontinuance dated June 28, 2016, Dkt. No. 41 (the "Order") provides that OnSSI, as plaintiff in this action, may apply by letter for restoration of the action within 30 days of the Order, which period expires July 27, 2016. Accordingly, we submit this letter for the Court's consideration.

As stated in the parties' joint letter motion to the Court dated June 27, 2016, Dkt. No. 40, the parties reached a settlement in principle and have been working to formalize the terms thereof. However, a formalized written settlement agreement has not been entered into at this time.

OnSSI provided a revised draft of the proposed settlement agreement to Hawk's counsel on July 8, 2016. Since that time, Hawk's counsel has not provided any comments or acquiescence to the draft despite repeated emails from Hawk's counsel promising that comments were forthcoming. In the week prior to today's deadline, including as recently as July 25, 2016, OnSSI's counsel sent an email and left a

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212 806 5400 FAX 212 806 6006 WWW.STROOCK.COM

NY 76273904

Hon. John G. Koeltl
July 27, 2016
Page 2

voicemail for Hawk's counsel regarding the draft settlement agreement and today's deadline but did not receive any response.

In view of the foregoing, OnSSI seeks to have this matter reinstated to the Court's calendar. Should the Court require any additional information, we are available at the Court's convenience.

Respectfully submitted,

Jeffrey Mann
Ian G. DiBernardo
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: jmann@stroock.com
Email: idibernardo@stroock.com

*Attorneys for Plaintiff*
*On-Net Surveillance Systems, Inc.*

cc: Angela M Lipscomb, Esq (via ECF and email)
   Jacqueline Marie James, Esq. (via ECF and email)

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212 806 5400 FAX 212 806 6006 WWW.STROOCK.COM

NY 76273904